court, and it appearing that the findings of fact of the district court were not clearly erroneous, and that the judgments are sustained by substantial evidence, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgments of the district court be and are hereby affirmed.

**Jack CUPPLES, Appellant,**

v.

**UNITED STATES of America.**

**No. 15197.**

United States Court of Appeals Eighth Circuit.

Oct. 21, 1954.

Morris A. Shenker, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

Appeal from the District Court dismissed, on motion of appellant.

**Michael Ellis JOSEPH, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 12077.**

United States Court of Appeals Sixth Circuit.

Oct. 20, 1954.

Alfred M. Cohen, Cincinnati, Ohio, for appellant.

J. Leonard Walker, Louisville, Ky., for appellee.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed, upon the authority of United States v. Williams, 2 Cir., 161 F.2d 835.